**WELLSPAN HEALTH**
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number    35552488
Check Date    04/05/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

**Net Pay** 781.36

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 03/30/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 96.50 | 1109.14 | 7482.10 |
| Total Deductions | | 327.78 | 2175.86 |
| Total Net | | 781.36 | 5306.24 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 16.00 | 1.50 | 24.00 | 204.00 |
| Holiday Worked | | | | 57.29 |
| Meeting | | | | 16.85 |
| Paid Time Off | 4.00 | 13.48 | 53.92 | 502.13 |
| Regular | 76.50 | 13.48 | 1031.22 | 6601.83 |
| Uniform Reimbursement | | | | 100.00 |
| Total | 96.50 | | 1109.14 | 7482.10 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Medicare - Employee | 13.95 | 92.12 |
| PA Unemploy Comp Tax Employee | 0.67 | 4.43 |
| Pennsylvania Income Tax | 29.54 | 195.05 |
| Social Security - Employee | 59.65 | 393.90 |
| York City | 12.03 | 79.42 |

Case 1:19-bk-02462-HWV    Doc 21    Filed 07/19/19    Entered 07/19/19 13:54:44    Desc
Main Document          Page 1 of 10

| | York City LST | 2.00 | 14.00 |
|---|---|---|---|
| | Total | 117.84 | 778.92 |

## Pretax Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| 403(b) RSP - EE Percent | | 55.46 | 315.58 |
| Delta Dental - Employee | | 10.16 | 71.12 |
| Vision Plan Employee | | 2.82 | 19.74 |
| WellSpan Plus Employee | | 134.00 | 938.00 |
| Total | | 202.44 | 1344.44 |

## Aftertax Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| Child Life Insurance | | 0.80 | 5.60 |
| Spouse Life Insurance | | 1.00 | 7.00 |
| Supplemental Life Insurance | | 5.70 | 39.90 |
| Total | | 7.50 | 52.50 |

## Company Taxes

| Description | | Current | Year to Date |
|---|---|---|---|
| Medicare - Company | | 13.95 | 92.12 |
| Social Security - Company | | 59.65 | 393.90 |
| Total | | 73.60 | 486.02 |

## Company Deductions

| Description | | Current | Year to Date |
|---|---|---|---|
| 403(B) RSP - ER Match Percent | | 22.18 | 126.23 |
| 403(b) ER Percent-Non Elective | | 44.37 | 295.29 |
| Total | | 66.55 | 421.52 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31302955 | 9878369686 | M & T Bank | 781.36 |

**WELLSPAN HEALTH**
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number 35567793
Check Date 04/19/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

**Net Pay** 703.07

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 04/13/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 89.50 | 1014.78 | 8496.88 |
| Total Deductions | | 311.71 | 2487.57 |
| Total Net | | 703.07 | 6009.31 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 16.00 | 1.50 | 24.00 | 228.00 |
| Holiday Worked | | | | 57.29 |
| Meeting | | | | 16.85 |
| Paid Time Off | | | | 502.13 |
| Regular | 73.50 | 13.48 | 990.78 | 7592.61 |
| Uniform Reimbursement | | | | 100.00 |
| Total | 89.50 | | 1014.78 | 8496.88 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Medicare - Employee | 12.59 | 104.71 |
| PA Unemploy Comp Tax Employee | 0.61 | 5.04 |
| Pennsylvania Income Tax | 26.64 | 221.69 |
| Social Security - Employee | 53.80 | 447.70 |
| York City | 10.85 | 90.27 |

|  | York City LST | 2.00 | 16.00 |
|---|---|---|---|
|  | Total | 106.49 | 885.41 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 50.74 | 366.32 |
| Delta Dental - Employee | 10.16 | 81.28 |
| Vision Plan Employee | 2.82 | 22.56 |
| WellSpan Plus Employee | 134.00 | 1072.00 |
| Total | 197.72 | 1542.16 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 6.40 |
| Spouse Life Insurance | 1.00 | 8.00 |
| Supplemental Life Insurance | 5.70 | 45.60 |
| Total | 7.50 | 60.00 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 12.59 | 104.71 |
| Social Security - Company | 53.80 | 447.70 |
| Total | 66.39 | 552.41 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 20.30 | 146.53 |
| 403(b) ER Percent-Non Elective | 40.59 | 335.88 |
| Total | 60.89 | 482.41 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31302955 | 9878369686 | M & T Bank | 703.07 |

Case 1:19-bk-02462-HWV    Doc 21    Filed 07/19/19    Entered 07/19/19 13:54:44    Desc
Main Document    Page 4 of 10

WELLSPAN HEALTH
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number     35583127
Check Date     05/03/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

**Net Pay  824.66**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 04/27/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 103.00 | 1163.74 | 9660.62 |
| Total Deductions | | 339.08 | 2826.65 |
| Total Net | | 824.66 | 6833.97 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 16.00 | 1.50 | 24.00 | 252.00 |
| Holiday Worked | | | | 57.29 |
| Meeting | | | | 16.85 |
| Overtime Premium | 5.00 | 13.48 | 34.38 | 34.38 |
| Paid Time Off | | | | 502.13 |
| Regular | 82.00 | 13.48 | 1105.36 | 8697.97 |
| Uniform Reimbursement | | | | 100.00 |
| Total | 103.00 | | 1163.74 | 9660.62 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | 2.01 | 2.01 |
| Medicare - Employee | 14.74 | 119.45 |
| PA Unemploy Comp Tax Employee | 0.70 | 5.74 |
| Pennsylvania Income Tax | 31.21 | 252.90 |
| Social Security - Employee | 63.04 | 510.74 |

Case 1:19-bk-02462-HWV     Doc 21     Filed 07/19/19     Entered 07/19/19 13:54:44     Desc
Main Document      Page 5 of 10

|                | York City     | 12.71  | 102.98  |
|----------------|---------------|--------|---------|
|                | York City LST | 2.00   | 18.00   |
|                | Total         | 126.41 | 1011.82 |

## Pretax Deductions

| Description              | Current | Year to Date |
|--------------------------|---------|--------------|
| 403(b) RSP - EE Percent  | 58.19   | 424.51       |
| Delta Dental - Employee  | 10.16   | 91.44        |
| Vision Plan Employee     | 2.82    | 25.38        |
| WellSpan Plus Employee   | 134.00  | 1206.00      |
| Total                    | 205.17  | 1747.33      |

## Aftertax Deductions

| Description               | Current | Year to Date |
|---------------------------|---------|--------------|
| Child Life Insurance      | 0.80    | 7.20         |
| Spouse Life Insurance     | 1.00    | 9.00         |
| Supplemental Life Insurance | 5.70  | 51.30        |
| Total                     | 7.50    | 67.50        |

## Company Taxes

| Description                | Current | Year to Date |
|----------------------------|---------|--------------|
| Medicare - Company         | 14.74   | 119.45       |
| Social Security - Company  | 63.04   | 510.74       |
| Total                      | 77.78   | 630.19       |

## Company Deductions

| Description                    | Current | Year to Date |
|--------------------------------|---------|--------------|
| 403(B) RSP - ER Match Percent  | 23.27   | 169.80       |
| 403(b) ER Percent-Non Elective | 46.55   | 382.43       |
| Total                          | 69.82   | 552.23       |

## Auto Deposit Distributions

| Routing   | Account    | Description | Amount |
|-----------|------------|-------------|--------|
| 31302955  | 9878369686 | M & T Bank  | 824.66 |

Case 1:19-bk-02462-HWV    Doc 21    Filed 07/19/19    Entered 07/19/19 13:54:44    Desc
Main Document        Page 6 of 10

**WELLSPAN HEALTH**
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

| | |
|---|---|
| Number | 35598569 |
| Check Date | 05/17/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

**Net Pay** 749.94

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 05/11/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 89.00 | 1071.36 | 10731.98 |
| Total Deductions | | 321.42 | 3148.07 |
| Total Net | | 749.94 | 7583.91 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 12.00 | 1.50 | 18.00 | 270.00 |
| Holiday Worked | | | | 57.29 |
| Meeting | | | | 16.85 |
| Overtime Premium | | | | 34.38 |
| Paid Time Off | 12.00 | 13.68 | 164.16 | 666.29 |
| Regular | 65.00 | 13.68 | 889.20 | 9587.17 |
| Uniform Reimbursement | | | | 100.00 |
| Total | 89.00 | | 1071.36 | 10731.98 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | 2.01 |
| Medicare - Employee | 13.40 | 132.85 |
| PA Unemploy Comp Tax Employee | 0.64 | 6.38 |
| Pennsylvania Income Tax | 28.38 | 281.28 |
| Social Security - Employee | 57.32 | 568.06 |

Case 1:19-bk-02462-HWV    Doc 21    Filed 07/19/19    Entered 07/19/19 13:54:44    Desc
Main Document    Page 7 of 10

|  | | Current | Year to Date |
|---|---|---|---|
| York City | | 11.55 | 114.53 |
| York City LST | | 2.00 | 20.00 |
| Total | | 113.29 | 1125.11 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 53.57 | 478.08 |
| Delta Dental - Employee | 10.16 | 101.60 |
| Vision Plan Employee | 2.82 | 28.20 |
| WellSpan Plus Employee | 134.00 | 1340.00 |
| Total | 200.55 | 1947.88 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 8.00 |
| Spouse Life Insurance | 1.00 | 10.00 |
| Supplemental Life Insurance | 5.78 | 57.08 |
| Total | 7.58 | 75.08 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 13.40 | 132.85 |
| Social Security - Company | 57.32 | 568.06 |
| Total | 70.72 | 700.91 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 21.43 | 191.23 |
| 403(b) ER Percent-Non Elective | 42.85 | 425.28 |
| Total | 64.28 | 616.51 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31302955 | 9878369686 | M & T Bank | 749.94 |

Case 1:19-bk-02462-HWV    Doc 21    Filed 07/19/19    Entered 07/19/19 13:54:44    Desc
Main Document      Page 8 of 10

**WELLSPAN HEALTH**
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

| | |
|---|---|
| Number | 35614073 |
| Check Date | 05/31/2019 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

**Net Pay** 848.21

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 05/25/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 89.50 | 1029.48 | 11761.46 |
| Total Deductions | | 181.27 | 3329.34 |
| Total Net | | 848.21 | 8432.12 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 16.00 | 1.50 | 24.00 | 294.00 |
| Holiday Worked | | | | 57.29 |
| Meeting | | | | 16.85 |
| Overtime Premium | | | | 34.38 |
| Paid Time Off | 8.00 | 13.68 | 109.44 | 775.73 |
| Regular | 65.50 | 13.68 | 896.04 | 10483.21 |
| Uniform Reimbursement | | | | 100.00 |
| Total | 89.50 | | 1029.48 | 11761.46 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | 3.95 | 5.96 |
| Medicare - Employee | 14.93 | 147.78 |
| PA Unemploy Comp Tax Employee | 0.62 | 7.00 |
| Pennsylvania Income Tax | 31.61 | 312.89 |
| Social Security - Employee | 63.82 | 631.88 |

|  | | York City | 12.87 | 127.40 |
|---|---|---|---|---|
|  | | York City LST | 2.00 | 22.00 |
|  | | Total | 129.80 | 1254.91 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 51.47 | 529.55 |
| Delta Dental - Employee | | 101.60 |
| Vision Plan Employee | | 28.20 |
| WellSpan Plus Employee | | 1340.00 |
| Total | 51.47 | 1999.35 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | | 8.00 |
| Spouse Life Insurance | | 10.00 |
| Supplemental Life Insurance | | 57.08 |
| Total | | 75.08 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 14.93 | 147.78 |
| Social Security - Company | 63.82 | 631.88 |
| Total | 78.75 | 779.66 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 20.59 | 211.82 |
| 403(b) ER Percent-Non Elective | 41.18 | 466.46 |
| Total | 61.77 | 678.28 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 31302955 | 9878369686 | M & T Bank | 848.21 |