```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02462-HWV
Melissa M. Caldwell                                                 Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: DGeorge              Page 1 of 2            Date Rcvd: Jul 17, 2019
                             Form ID: ntnew341          Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db            +Melissa M. Caldwell,    596 Green Valley Road,    York, PA 17403-9518
5207930       +CREDIT BUREAU OF YOR,    33 S DUKE ST,    YORK, PA 17401-1485
5207923       +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5207932       +EDWIN A. ABRAHAMSEN & ASSOCIATES,     120 NORTH KEYSER AVENUE,    SCRANTON, PA 18504-9701
5207933       +FEDLOAN SERVICING,    ATTN: BANKRUPTCY,    PO BOX 69184,    HARRISBURG, PA 17106-9184
5207934       +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                PHILADELPHIA, PA 19106-1541
5207925       +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5207924       +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5207939       +SELECT PORTFOLIO,    PO BOX 551170,    JACKSONVILLE, FL 32255-1170
5207941       +SELECT PORTFOLIO SERVICING,     10401 DEERWOOD PAR,    JACKSONVILLE, FL 32256-5007
5207942       +TARGET,    ATTN: BANKRUPTCY,    PO BOX 9475,    MINNEAPOLIS, MN 55440-9475
5207943       +U.S. DEPARTMENT OF EDUCATION,     ECMC/BANKRUPTCY,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
5207944      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    US BANK/RMS CC,    ATTN: BANKRUPTCY,    PO BOX 5229,
                CINCINNATI, OH 45201)
5207945       +YK CR BUREAU,    33 S DUKE ST,    YORK, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:25:45
                PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5207927       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 19:25:09        CAPITAL ONE,
                ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5207928       +E-mail/Text: documentfiling@lciinc.com Jul 17 2019 19:18:03        COMCAST,
                221 W. PHILADELPHIA STREET,    SUITE 12,    YORK, PA 17401-2992
5207929       +E-mail/Text: documentfiling@lciinc.com Jul 17 2019 19:18:03        COMCAST,    ATTN: LAW DEPARTMENT,
                ONE COMCAST CENTER,    PHILADELPHIA, PA 19103-2899
5207931       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2019 19:24:41        CREDIT ONE BANK,
                ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5212391        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 19:25:09
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5207926        E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 19:19:37        INTERNAL REVENUE SERVICE,
                CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5207935       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2019 19:19:54        MIDLAND FUNDING,
                2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5207936       +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2019 19:25:13        NAVIENT,    ATTN: BANKRUPTCY,
                PO BOX 9640,    WILKES-BARRE, PA 18773-9640
5207937       +E-mail/Text: blegal@phfa.org Jul 17 2019 19:19:56        PA HOUSING FINANCE AGE,
                2101 N. FRONT STREET,    HARRISBURG, PA 17110-1086
5207938        E-mail/Text: colleen.atkinson@rmscollect.com Jul 17 2019 19:20:12        RECEIVABLE MANAGEMENT INC,
                7206 HULL RD,   STE 211,    RICHMOND, VA 23235
5207940       +E-mail/Text: jennifer.chacon@spservicing.com Jul 17 2019 19:20:15        SELECT PORTFOLIO,
                PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
5208592       +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:24:36        Synchrony Bank,
                c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
5207943        E-mail/Text: ECMCBKNotices@ecmc.org Jul 17 2019 19:19:46        U.S. DEPARTMENT OF EDUCATION,
                ECMC/BANKRUPTCY,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5207922*      +MELISSA M. CALDWELL,    596 GREEN VALLEY ROAD,    YORK, PA 17403-9518
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Melissa M. Caldwell hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          James   Warmbrodt     on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
           on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Melissa M. Caldwell,   Chapter   13
   **Debtor 1**
   Case No.   1:19−bk−02462−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 15, 2019<br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 17, 2019 |

ntnew341 (04/18)