```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 19-02462-HWV
Melissa M. Caldwell                                                Chapter 13
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0314-1         User: DGeorge              Page 1 of 2          Date Rcvd: Nov 07, 2019
                             Form ID: ordsmiss          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db            +Melissa M. Caldwell,   596 Green Valley Road,    York, PA 17403-9518
5207930       +CREDIT BUREAU OF YOR,   33 S DUKE ST,   YORK, PA 17401-1485
5207923       +E. HALEY ROHRBAUGH,   CGA LAW FIRM,   135 NORTH GEORGE STREET,   YORK, PA 17401-1132
5207932       +EDWIN A. ABRAHAMSEN & ASSOCIATES,   120 NORTH KEYSER AVENUE,   SCRANTON, PA 18504-9701
5207933       +FEDLOAN SERVICING,   ATTN: BANKRUPTCY,   PO BOX 69184,   HARRISBURG, PA 17106-9184
5207934       +KML LAW GROUP, P.C.,   BNY MELLON INDEPENDENCE CTR.,   701 MARKET ST., STE 5000,
                PHILADELPHIA, PA 19106-1541
5207925       +PA DEPARTMENT OF REVENUE,   PO BOX 281061,   HARRISBURG, PA 17128-1061
5207924       +SECRETARY OF TREASURY,   15TH & PENN AVENUE NW,   WASHINGTON, DC 20220-0001
5207939       +SELECT PORTFOLIO,   PO BOX 551170,   JACKSONVILLE, FL 32255-1170
5207941       +SELECT PORTFOLIO SERVICING,   10401 DEERWOOD PAR,   JACKSONVILLE, FL 32256-5007
5207945       +YK CR BUREAU,   33 S DUKE ST,   YORK, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: PRA.COM Nov 08 2019 00:13:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
5207927       +EDI: CAPITALONE.COM Nov 08 2019 00:13:00      CAPITAL ONE,   ATTN: BANKRUPTCY,   PO BOX 30285,
                SALT LAKE CITY, UT 84130-0285
5207928       +EDI: COMCASTCBLCENT Nov 08 2019 00:14:00      COMCAST,   221 W. PHILADELPHIA STREET,   SUITE 12,
                YORK, PA 17401-2992
5207929       +EDI: COMCASTCBLCENT Nov 08 2019 00:14:00      COMCAST,   ATTN: LAW DEPARTMENT,
                ONE COMCAST CENTER,   PHILADELPHIA, PA 19103-2899
5207931       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2019 19:11:41     CREDIT ONE BANK,
                ATTN: BANKRUPTCY DEPARTMENT,   PO BOX 98873,   LAS VEGAS, NV 89193-8873
5212391        EDI: CAPITALONE.COM Nov 08 2019 00:13:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,   PO Box 71083,   Charlotte, NC 28272-1083
5231892        EDI: DIRECTV.COM Nov 08 2019 00:13:00      Directv, LLC,   by American InfoSource as agent,
                PO Box 5008,   Carol Stream, IL 60197-5008
5207926        EDI: IRS.COM Nov 08 2019 00:13:00      INTERNAL REVENUE SERVICE,
                CENTRALIZED INSOLVENCY OPERATION,   P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
5207935       +EDI: MID8.COM Nov 08 2019 00:13:00      MIDLAND FUNDING,   2365 NORTHSIDE DR STE 300,
                SAN DIEGO, CA 92108-2709
5230884       +EDI: MID8.COM Nov 08 2019 00:13:00      Midland Funding LLC,   PO Box 2011,
                Warren, MI 48090-2011
5207936       +EDI: NAVIENTFKASMSERV.COM Nov 08 2019 00:13:00      NAVIENT,   ATTN: BANKRUPTCY,   PO BOX 9640,
                WILKES-BARRE, PA 18773-9640
5207937       +E-mail/Text: blegal@phfa.org Nov 07 2019 19:09:43     PA HOUSING FINANCE AGE,
                2101 N. FRONT STREET,   HARRISBURG, PA 17110-1086
5207938        E-mail/Text: colleen.atkinson@rmscollect.com Nov 07 2019 19:09:57     RECEIVABLE MANAGEMENT INC,
                7206 HULL RD,   STE 211,   RICHMOND, VA 23235
5207940       +E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 19:09:59     SELECT PORTFOLIO,
                PO BOX 65250,   SALT LAKE CITY, UT 84165-0250
5208592       +EDI: RMSC.COM Nov 08 2019 00:13:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
5207942       +EDI: WTRRNBANK.COM Nov 08 2019 00:13:00      TARGET,   ATTN: BANKRUPTCY,   PO BOX 9475,
                MINNEAPOLIS, MN 55440-9475
5234976        E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 19:09:59
                U.S. Bank National Association et.al,,   c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,   Salt Lake City, UT 84165-0250
5207943       +EDI: ECMC.COM Nov 08 2019 00:13:00      U.S. DEPARTMENT OF EDUCATION,   ECMC/BANKRUPTCY,
                PO BOX 16408,   SAINT PAUL, MN 55116-0408
5207944        EDI: USBANKARS.COM Nov 08 2019 00:13:00      US BANK/RMS CC,   ATTN: BANKRUPTCY,   PO BOX 5229,
                CINCINNATI, OH 45201
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5207922*      +MELISSA M. CALDWELL,   596 GREEN VALLEY ROAD,   YORK, PA 17403-9518
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Melissa M. Caldwell hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Melissa M. Caldwell, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–02462–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 7, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

ordsmiss (05/18)